April 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

IN THE INTEREST OF G.C.B. AND S.Y.B., CHILDREN

NO. 14-14-00138-CV

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 30, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, E.E. and J.B.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.